IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY            FEB 1 8 2003

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1      **Civil Action number:**  2-02-CV-0157-J

2      **Style of case**: Dr. Gerry Holland, D.O., et al. v. Norman Lambert, CEO, of Golden Plains

Hospital, et al.

3.      **Nature of suit:**  Defamation, anti-trust, etc.

4.      **Method of ADR used:** ☒ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial

5.      **Date ADR session was held:**  February 14, 2003

6.      **Outcome of ADR (Select one):**

☐ Parties did not use my services              ☐   Settled, in part, as a result of ADR

☐ Settled as a result of ADR                   ☒   Parties were unable to reach settlement.

☐ Continuing to work with parties to reach settlement *(Note: provider must file*

*supplemental ADR   Summary Form at conclusion of his/her services).*

7.   **What was your TOTAL fee: $2525.00**

8.   **Duration of ADR**: <u>One day</u>              (i.e., one day, two hours)

9.   **Please list persons in attendance, including party association, i.e., defendant, plaintiff):**

(Provider) Robert H. Smith, Mediator

See attached Exhibit A for all others

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

Signature                                       February 17, 2003
                                                Date

P. O. Box 1970, Amarillo, TX 79105             806-379-6677
**Address**                                                          **Telephone**

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

## For Plaintiffs:

Alicia A. Wilde
Attorney at Law
4113 Marathon Blvd.
Austin, TX 78756                                    Telephone:  512-302-0400

Bill Cornett
Attorney at Law
612 S. Van Buren
Amarillo, TX 79101                                  Telephone:  806-374-9498

## For Defendants

Matthew H. Hand
Brown & Fortunato, P.C.
P. O. Box 9418
Amarillo, TX 79105-9418                             Telephone:  806-345-6300

A. Craig Carter
Davis & Davis, P.C.
Arboretum Plaza 1, Suite 950
9442 Capital of Texas Highway
Austin, TX 78759                                    Telephone:  512-343-6248

Barbara Bauernfeind
Hund & Harriger
P. O. Box 54390
Lubbock, TX 79453-4390                              Telephone:  806-783-8700

Thomas C. Riney
Gibson, Ochsner & Adkins
701 S. Taylor, Suite 500
Amarillo, TX 79101                                  Telephone:  806-378-9722

Joe Loiacono, coverage counsel for Texas Hospital Insurance Exchange

John C. Wilson, counsel for Texas Hospital Insurance Exchange

## Exhibit A
## No. 9 - Persons in attendance

1, Steve Elston, Plaintiff
2. Romeo B. Sangalang, M.D., Plaintiff
3. Cynthia LaGrone, Plaintiff
4. Edward Quiros, M.D., Plaintiff
5. Jerry Strecker, Ph.D., Plaintiff
6. Gerry Holland, D.O., Plaintiff
7. C. P. Quiros, M.D., Plaintiff
8. Norm Lambert, Defendant
9. Kathy Whelchel, Defendant
10. Melody Henderson, Defendant
11. Kathy O'Keefe, Defendant
12. Connie Freriks, Defendant
13. Tom Zeni, Defendant
14. Mark Headley, Defendant
15. John Ribeiro, Defendant
16. Paul Pullman, Defendant
17. Jesse Peralez, Defendant
18. Carmen Purl, Defendant
19. Dr. Otto Huertas, Defendant
20. Dr. Vic Maza, Defendant
21. Dr. Brett Timmons, Defendant
22. Dr. Basil Younis, Defendant
23. Dr. Bard Rogers, Defendant
24. Debra Crawford, Medical Protective Insurance
25. Sandy McCorquodale, National Union Fire Insurance Co.
26. Carolyn Coffey, Texas Hospital Insurance Exchange
27. Becky Merritt, Republic Insurance Co.
28. Patty Law, State Farm Insurance Co.
29. Randal Wilkerson, Texas Hospital Insurance Exchange