IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY -7 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| DR. GERRY HOLLAND, DO, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 2:02-CV-0157 |
| § | |
| NORMAN LAMBERT, as CEO of Golden § | |
| Community Hospital and Individually, et al., § | |
| § | |
| Defendants. § | |

## ORDER SETTING HEARING

Before the Court is Plaintiffs' Motion to Compel Answers to Request for Production filed on April 7, 2003, in the above-referenced and numbered cause, and referred to the undersigned by the United States District Judge by Order filed May 1, 2003.

A hearing on said motion is set for **Tuesday, May 13, 2003, at 10:00 a.m.**, in the First Floor Courtroom, United States Courthouse, 205 East Fifth Street, Amarillo, Texas.

The United States District Clerk shall notify all local counsel of record of the entry of this Order by facsimile.

IT IS SO ORDERED.

ENTERED this 7th day of May 2003.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

CIV\HOLLAND.OSH3 1