IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 27 2003
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| GERRY HOLLAND, § | |
| CYNTHIA LAGRONE, § | |
| ROMERO SANGALANG, § | |
| STEVE ELSTON, § | |
| JERRY STRECKER, § | |
| GLORIA TRIROGOFF, § | |
| ED QUIROS, § | |
| C.P. QUIROS § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 2-02CV-0157J |
| § | |
| NORMAN LAMBERT, as member of the § | |
| board of Golden Plains Community § | |
| Hospital, et al. § | |
| § | |
| Defendants § | |

## ORDER

The Court has been notified that the above-captioned case has settled. All pending motions are therefore moot and will not be ruled upon by the Court. The Clerk is instructed to terminate all motions. Any party wishing to reurge any motion must promptly so inform the Court.

It is the FURTHER ORDER of the Court that the parties file a Joint Motion for Dismissal **on or before Friday, June 27, 2003**.

It is SO ORDERED.

Signed this 27th day of May 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE